**O**

# United States District Court
# Central District of California

| | |
|---|---|
| KRYSTAL ALVAREZ. | Case № 2:22-cv-01598-ODW (MRWx) |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION FOR** |
| GALPIN MOTORS, INC. et al., | **JUDGMENT ON THE PLEADINGS** |
| Defendants. | **AS MOOT [56]** |

///
///
///
///
///
///
///
///
///
///
///
///

On June 2, 2022, Defendant Equifax Information Services, LLC filed a motion for judgment on the pleadings in this case.  (ECF No. 56.)  On June 9, 2022, pursuant to Court Order, Plaintiff filed a Second Amended Complaint.  (ECF No. 58.)  As the pending motion for judgment on the pleadings was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

June 13, 2022

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**