**JS-6**
**O**

# United States District Court
# Central District of California

| | |
|---|---|
| KRISTAL ALVAREZ, | Case No. 2:22-cv-01598-ODW (MRWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GALPIN MOTORS, INC. et al., | |
| Defendants. | |

On May 10, 2022, the Court granted Defendant American Honda Finance Corporation's ("Honda Finance") Motion to Dismiss with prejudice. (ECF No. 44.) On June 16, 2022, the Court struck Plaintiff Kristal Alvarez's ("Alvarez") improper attempt to replead claims against Honda Finance in the Second Amended Complaint. (ECF No. 62.)

On July 19, 2022, pursuant to the stipulation of Alvarez, Defendant Galpin Motors, Inc. ("Galpin"), and Defendant American Honda Motor Co., Inc. ("Honda Motor"), the Court dismissed Defendants Galpin and Honda Motor with prejudice. (ECF No. 72.)

On August 12, 2022, the Court granted Defendants Trans Union LLC ("Trans Union"); Experian Information Solutions, Inc. ("Experian"); and Equifax Information Services LLC's ("Equifax") Motion to Dismiss with prejudice. (ECF No. 74.)

As all claims and Defendants have been dismissed with prejudice, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants Honda Finance, Trans Union, Experian, and Equifax; and
2. Plaintiff's Second Amended Complaint is dismissed on the merits as to Defendants Honda Finance, Trans Union, Experian, and Equifax, and with prejudice as to all Defendants and claims.

**IT IS SO ORDERED.**

August 12, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**